# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW FENWICK on behalf of himself and all similarly situated employees, | ) ) ) |
| Plaintiff, | ) Case No.: 3:20−cv−00403 ) |
| v. | ) Judge Eli J. Richardson ) |
| M STREET ENTERTAINMENT, LLC; KAYNE PRIME, LLC; MOTO, LLC; 1120, LLC d/b/a SAINT ANEJO; LIME, LLC d/b/a TAVERN MIDTOWN; VIRAGO, LLC; and WK, LLC d/b/a WHISKEY KITCHEN, | ) Magistrate Judge Alistair Newbern ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Approve FLSA Notice Procedure, Including Revised Notice Form with Court's Revisions ("Joint Motion"). For good cause shown, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that the following "Putative Class" of individuals is conditionally certified as a collective action under § 216(b) of the Fair Labor Standards Act ("FLSA"):

> All current and former servers and bartenders, as well as all other employees who were paid an hourly rate of less than $7.25, employed at Kayne Prime, Moto, Saint Añejo, Tavern, Virago, and/or Whiskey Kitchen, at any time since May 13, 2017.

It is **ORDERED** that Notice to Putative Class Members in the agreed upon form, including the Court's revisions set forth in the July 27, 2020 Order in this matter (Doc. No. 44), consistent with the document attached as Exhibit 1 and a Consent Form consistent with the document attached as Exhibit 1 to the Parties' Joint Motion are approved for distribution to Putative Class members and shall be used to opt into this action.

It is **ORDERED** that Defendants shall, within 14 days of this Order, provide to Plaintiff's counsel an Excel spreadsheet containing the name, last-known mailing address(es), last-known email address(es), telephone numbers, dates of employment, and restaurant(s) and/or bar(s) of employment for each Putative Class member ("Conditional Class List").

It is **ORDERED** that Plaintiffs and their counsel are authorized to distribute notice and consent forms consistent with Exhibits to the Parties' Joint Motion via U.S. Mail, electronic mail, and text or SMS message.

It is **ORDERED** that Putative Class members have 60 days from the date notice is distributed to those individuals on the Class List. Plaintiff's counsel shall file a notice indicating when the notice is issued.

It is **ORDERED** that the earlier of the date of receipt by Plaintiff's counsel or the postmark shall serve as the opt-in date for purposes of determining the applicable statute of limitations and whether a Putative Class member has timely joined this case.

This __29__ day of __July__, 2020.


_Eli Richardson_
UNITED STATES DISTRICT JUDGE