THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW FENWICK, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) NO. 3:20-cv-00403 |
| | ) JUDGE RICHARDSON |
| v. | ) |
| | ) |
| M STREET ENTERTAINMENT, LLC; KAYNE PRIME, LLC; MOTO, LLC; 1120, LLC d/b/a SAINT ANEJO; LIME, LLC d/b/a/ TAVERN MIDTOWN; VIRAGO, LLC, and WK, LLC d/b/a WHISKEY KITCHEN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

On July 29, 2020, the Court granted the Parties' Joint Motion to Approve FLSA Notice Procedure, Including Revised Notice Form with Court's Revisions. (Doc. No. 46). Accordingly, the Parties' Joint Motion and Stipulation for Conditional Collective Action Certification and Notice to Putative Class Members (Doc. No. 35) and Joint Motion Requesting Approval of Modified Notice (Doc. No. 43) are **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE