IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW FENWICK, on behalf of himself and all similarly situated employees, | ) ) ) ) |
| *Plaintiff,* | ) ) COLLECTIVE ACTION |
| v. | ) ) CASE NO. 3:20-cv-00403 |
| M STREET ENTERTAINMENT, LLC; KAYNE PRIME, LLC; MOTO, LLC; 1120, LLC d/b/a SAINT AÑEJO; LIME, LLC d/b/a TAVERN MIDTOWN; VIRAGO, LLC; and WK, LLC d/b/a WHISKEY KITCHEN, | ) ) JUDGE RICHARDSON ) ) JURY DEMAND ) ) ) |
| *Defendants.* | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiff Matthew Fenwick, on behalf of himself and the Opt-In Plaintiffs (collectively, "Plaintiffs") in this FLSA collective action, proceeding pursuant to 29 U.S.C. § 216(b), submits this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The parties engaged in extensive, arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation, followed by weeks of additional negotiations. Ultimately, the Parties reached a final agreement on all material issues, including the amounts to be paid as damages to each of the Plaintiffs, a service payment for Named Plaintiff and consideration for his general release, and attorneys' fees, costs, and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's

approval fully and finally resolves the claims at issue in this action, Plaintiffs further request that the Court dismiss this action with prejudice. In support of this Motion, Plaintiffs have filed a supporting Memorandum setting forth the fairness and appropriateness of each of the proposed settlement's material terms.

For the foregoing reasons and the reasons in their supporting Memorandum, Plaintiffs respectfully request that the settlement be approved.

A proposed order granting this relief is attached hereto.

| | |
|---|---|
| Dated: March 5, 2021 | Respectfully submitted, |

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**CHARLES P. YEZBAK, III (No. 18965)**
**N. CHASE TEEPLES (No. 32400)**
YEZBAK LAW OFFICES PLLC
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served via the CM/ECF system on the following counsel for Defendants as listed below on March 5, 2021:

Marshall T. Cook, No. 20028
Mandy Strickland Floyd, No. 31123
100 Bluegrass Commons Blvd, Ste 2370
Bluegrass Commons II
Hendersonville, TN  37075
Telephone: (615) 780-7975
Facsimile: (615) 780-7976
mcook@bonelaw.com
mfloyd@bonelaw.com

*Attorneys for Defendants*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON
    MARTIN & GARRISON, LLC**