IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATTHEW FENWICK, *on behalf of*    )
*himself and all similarly situated*    )
*employees*,    )     NO. 3:20-cv-00403
   )     JUDGE RICHARDSON
       Plaintiffs,    )
   )
v.    )
   )
M STREET ENTERTAINMENT, LLC, et    )
al.,    )
   )
       Defendants.    )

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Approval of the

Parties' Settlement Agreement and Dismissal with Prejudice (Doc. No. 97, "Unopposed Motion").

For good cause shown, the Plaintiffs' Unopposed Motion is **GRANTED**. The Court hereby

**APPROVES** the parties' settlement (Doc. No. 97-1) as a fair and reasonable compromise of *bona*

*fide* disputes under the Fair Labor Standards Act and dismisses Plaintiffs' claims with prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE